

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00276-CV

IN THE INTEREST OF J.C., A CHILD     §     On Appeal from the 211th District Court

§     of Denton County (2009-30700-211)

§     November 29, 2018

§     Per Curiam

## JUDGMENT ON REHEARING

After reviewing appellant's motion for rehearing, we grant the motion. We withdraw our October 18, 2018 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM